UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>(Rural Development)<br>    Plaintiff<br><br>v.<br><br>WILFREDO LOPEZ LEDUC, NORMA IRIS RAMOS ORTIZ, and the conjugal partnership constituted by both<br>    Defendants | CIVIL NO. 05-2283(JAF)<br><br>FORECLOSURE OF MORTGAGE |

**ORDER OF DISMISSAL AND FOR CANCELLATION OF LIS PENDENS**

Upon motion duly made by plaintiff, United States of America, it is hereby ORDERED that this case be dismissed with prejudice and that the Lis Pendens made on the real property described hereinbelow by virtue of the Lis Pendens issued in this case, be canceled and that a Writ for Cancellation of Lis Pendens be issued by the Clerk of this Court whereby the Registrar of the Property Registry of Fajardo, Puerto Rico, shall be directed to cancel off record said Lis Pendens:

> "URBANA: Solar número CUATRO (4) del Bloque "B" de la Urbanización Valle Puerto Real, Primera Extensión, ubicada en el Barrio Sardinera del término municipal de Fajardo, Puerto Rico, con un área superficial de CIENTO NOVENTA Y SIETE PUNTO OCHENTA METROS CUADRADOS (197.80 m.c.), y en lindes por el NORTE, con el solar E Raya Cinco (E-5), en una distancia de veintiuno punto cincuenta metros (21.50), por el SUR, con el Solar E Raya Tres (E-3), en una distancia de veintiuno punto cincuenta metros (21.50), por el ESTE, con la Calle Número Cinco (5), en una distancia de nueve punto veinte metros (9.20) y por el OESTE, con la Corporación Nuevo Centro de Fajardo en una distancia de nueve punto veinte metros (9.20).

United States v. Wilfredo Lopez Leduc, et al.
Civil No. 05-2283(JAF)
Page 2

        Sobre dicho solar enclava una casa de concreto y bloques para una sola familia".

Plaintiff's mortgage is recorded at page $106^{rs}$, volume 259 of Fajardo, property number 10,451, third inscription, at the Registry of the Property of Fajardo, Puerto Rico.

Lis Pendens pending to be recorded at page 278, volume 920, entry 9801, of Fajardo, upon the property subject of this action.

Given at San Juan, Puerto Rico, this __7th__ day of __July__, 2006.

                                  S/JOSE ANTONIO FUSTE
                                  UNITED STATES DISTRICT JUDGE